IN THE UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STACIA TRAVIS, as personal representative
of the ESTATE OF LINDA CHARMEL
CAMP, deceased, and JUSTIN CAMP                                    PLAINTIFFS

v.                           NO. 6:18-cv-06042-BRW

ASUS COMPUTER INTERNATIONAL, INC.,
BEST BUY STORES, L.P.                                              DEFENDANTS

## DEFENDANTS' MOTION TO EXCLUDE DR. RALPH SCOTT

Pursuant to Rule 702 of the Federal Rules of Evidence, defendants Asus Computer International and Best Buy Stores, L.P. move to exclude Dr. Ralph Scott from testifying at the trial of this matter and for grounds, state:

1.      The opinion offered by Dr. Ralph Scott, plaintiffs' expert economist, about the loss-of-life damages of the Estate of Linda Charmel Camp are inadmissible and should be excluded from trial.

2.      Scott's "opinion" testimony will consist of telling the jury that the United States Department of Transportation and the United States Environmental Protection Agency, among other government agencies, have each come up with a number called the statistical value of life ("VSL"), which they use when conducting cost-benefit analyses.

3.      Courts across the country, though, have excluded expert testimony about the VSL in the personal-injury context because the studies are unreliable and irrelevant in determining how to value an individual human being's life.

1914234-v1

4. This includes the United States District Court for the Eastern District of Arkansas, where Judge Brian S. Miller excluded Dr. Scott from offering these very same opinions in an earlier matter, and Judge J. Leon Holmes precluded another economist from offering similar VSL opinions in a wrongful-death case. (*See* Ex. A, *Smith v. Trans-Carriers* Opinion); *Hannibal v. TRW Vehicle Safety Sys., Inc.*, No. 4:16CV00904 JLH, 2018 WL 3797500, at *2 (E.D. Ark. Aug. 9, 2018).

5. As with those prior cases, Dr. Scott's proffered opinion here is based on unreliable and untestable science and cannot aid the jury in determining the value Linda Camp would have placed on her own life.

6. For these reasons, Dr. Scott should be precluded from testifying at the trial of this matter.

7. In support of this motion, defendants rely upon the following:

   a. Exhibit A, a copy of Hon. Brian Miller's opinion excluding Dr. Scott's VSL opinions in the *Smith v. Trans-Carriers* case;

   b. Exhibit B, a copy of Dr. Scott's report in this matter; and

   c. Exhibit C, relevant excerpts of Dr. Scott's deposition.

8. Defendants are filing a memorandum brief in support of this motion.

WHEREFORE, defendants Asus Computer International and Best Buy Stores, L.P. pray that the Court grant their motion, exclude Dr. Scott from testifying at the trial of this matter, and for all other proper relief.

        Kyle R. Wilson (89118)
        Gary D. Marts, Jr. (2004116)
        Carson Tucker (2006090)
        Jessica Pruitt Koehler (2015226)
        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Ave., Suite 2300
        Telephone: (501) 371-0808
        Fax: (501) 376-9442
        kwilson@wlj.com; gmarts@wlj.com;
        ctucker@wlj.com; jkoehler@wlj.com

        *Attorneys for Defendants*