# ECONOMIC AND FINANCIAL CONSULTING GROUP, INC.

6 RICHLAND HILLS COVE • CONWAY, AR 72034 • (501) 450-1306

June 21, 2019

Mr. Clarke Tucker
Attorney at Law
Poynter Tucker
407 President Clinton Avenue, Suite 201
Little Rock, AR 72201

RE: **Estate of Linda Charmel Camp**

Dear Mr. Tucker:

At your request, I have performed computations concerning the "Loss of Life" claim arising under the Arkansas Wrongful Death Statute resulting from the death of Linda Charmel Camp (Camp) on November 14, 2017. As a result of her death, Camp has been deprived of the ability to partake of the many joys and pleasures of living. Under Arkansas law, the jury will be charged to determine an amount for this component of damages. In the interest of providing a fair evaluation of damages that accounts for the time value of money, you have requested that I provide a methodology to reduce future values into present value terms. This approach is consistent with guidelines suggested by the United States Government Office of Management and Budget (OMB) in Circular A-4 (September 17, 2003) directed to government agencies to be used in cost/benefit analysis in which the statistical value of life is a consideration. You have also requested that I research the statistical values of life currently utilized by various government agencies in their cost/benefit studies and convert those figures into annual statistical values of life. My conclusions are summarized below.

Present Value Analysis

The evaluation of Loss of Life should be segmented into components reflecting a past valuation, which is not discounted, and projected future valuation, which is converted into present value terms. The past valuation is calculated in accordance with equation (1), below:



(1) Past Value = (Base Annual Value)(Time Interval Between Date of Death and Current Date)

The jury is charged to determine base annual value. The time interval amounts to 1.60 years.

The present value of future annual values is calculated by projecting the base annual value over Camp's remaining life expectancy in accordance with equation (2), below:

$$(2) \ \text{Present Value} = \sum_{t=1}^{T} \text{Base Annual Value}/(1+r)^t$$

where T = remaining life expectancy, which is assumed to be 18.9 additional years based on the Center for Disease Control publication: *United States Life Tables 2016*.

Base Annual Value = an annual amount to be determined by the jury.

r = discount factor used to convert future magnitudes into present value terms. For computational purposes, I have assumed r to be equal to 2.5% to reflect the real rate of return (interest minus inflation) on inflation indexed government bonds. These bonds would be a financial instrument almost perfectly suited to protecting against the effects of future inflation.

Valuation guidelines based on equations (1) and (2), above, are presented in the attached Table (1). The present value factor, used to convert the summation of annual amounts into present value, represents the present value of $1.00 per year projected over Camp's additional statistical life expectancy. Multiplying this amount by the base annual value determined by the jury and Camp's residual life expectancy yields a Loss of Life valuation formulated in present value terms. A year-by-year analysis, based on a hypothetical annual amount of $1.00 per year, is presented in the attached Table (2). The methodology encompassed in my computations could be utilized for any annual value determined by the jury. Year-by-year amounts can be calculated as multiples of the figures presented in Table (2).

Please be advised that if Loss of Life damages are not subject to a present value instruction, the present value factors in Tables (1) and (2) would be 1.00. The value of $1.00 per year in this instance would be equal to Camp's life expectancy at the time of her death, 20.5 additional years.

Statistical Value of Life Analysis

Since the jury will be instructed and charged to arrive at a figure for loss of life damages, I have researched this issue and can provide assistance in determining the value that government agencies place on the statistical value of life. The attached documents, published by the United States Department of Transportation (DOT) and the Environmental Protection Agency (EPA),

suggest statistical values of life amounting to $10,043,967.00 and $9,217,221.00, respectively. The EPA 2006 valuation has been adjusted to the current price level. United States Census Bureau data documents a median age across the United States population amounting to 37.2 years. Life expectancy, based on this age, amounts to 43.3 additional years. Dividing the statistical values of life identified above by remaining life expectancy, yields average annual evaluations of $231,963.00 and $212,869.00 for DOT and EPA statistical values of life, respectively. The OMB, as well as other government agencies, have suggested guidelines and endorsed statistical values of life for various cost/benefit analyses that have been performed. Total and implicit annual statistical values of life for these government studies, adjusted to current price levels, are presented in the attached Table (3). I also attach a recent Wall Street Journal article on this topic.

In summary, I have provided a methodology to convert future magnitudes into present value terms. This methodology, which is consistent with policies adopted and implemented by the United States government, provides a fair measure of damages and reduces the burden of a potential award to a defendant determined to be liable. I have also provided guidelines utilized by OMB and other government agencies concerning the statistical value of life.

If I can be of further service in this matter, please do not hesitate to contact me.

Yours very truly,

*Ralph D. Scott, Jr.*

RALPH D. SCOTT, JR., Ph.D.

TABLE 1

## ESTATE OF LINDA CHARMEL CAMP
## LOSS OF LIFE
## PRESENT VALUE ANALYSIS

**PAST**

| _____ | X | 1.6000 | | | = | _____ |
|---|---|---|---|---|---|---|
| Base Annual Value | | Time Interval | | | | |

**FUTURE**

| _____ | X | 18.9000 | X | 0.7892 | = | _____ |
|---|---|---|---|---|---|---|
| Base Annual Value | | Life Expectancy | | Present Value Factor | | |

**TOTAL (= PAST + FUTURE)**    _____

TABLE 2

## ESTATE OF LINDA CHARMEL CAMP
## LOSS OF LIFE CALCULATION
## BASED ON $1.00 PER YEAR

| Year | Age | Base Annual Value | Year Fraction | Loss of Life Nominal Value | Present Value Factor | Loss of Life Present Value | Loss of Life Cumulative Value |
|---|---|---|---|---|---|---|---|
| PAST: | | | | | | | |
| 2017 | 65 | $ 1.00 | 0.1315 | $ 0.13 | 1.0000 | $ 0.13 | $ 0.13 |
| 2018 | 66 | 1.00 | 1.0000 | 1.00 | 1.0000 | 1.00 | 1.13 |
| 2019 | 67 | 1.00 | 0.4685 | 0.47 | 1.0000 | 0.47 | 1.60 |
| Total | | | 1.6000 | 1.60 | | 1.60 | 1.60 |
| FUTURE: | | | | | | | |
| 2019/20 | 67 | 1.00 | 1.0000 | 1.00 | 0.9756 | 0.98 | 0.98 |
| 2020/21 | 68 | 1.00 | 1.0000 | 1.00 | 0.9518 | 0.95 | 1.93 |
| 2021/22 | 69 | 1.00 | 1.0000 | 1.00 | 0.9286 | 0.93 | 2.86 |
| 2022/23 | 70 | 1.00 | 1.0000 | 1.00 | 0.9060 | 0.91 | 3.76 |
| 2023/24 | 71 | 1.00 | 1.0000 | 1.00 | 0.8839 | 0.88 | 4.65 |
| 2024/25 | 72 | 1.00 | 1.0000 | 1.00 | 0.8623 | 0.86 | 5.51 |
| 2025/26 | 73 | 1.00 | 1.0000 | 1.00 | 0.8413 | 0.84 | 6.35 |
| 2026/27 | 74 | 1.00 | 1.0000 | 1.00 | 0.8207 | 0.82 | 7.17 |
| 2027/28 | 75 | 1.00 | 1.0000 | 1.00 | 0.8007 | 0.80 | 7.97 |
| 2028/29 | 76 | 1.00 | 1.0000 | 1.00 | 0.7812 | 0.78 | 8.75 |
| 2029/30 | 77 | 1.00 | 1.0000 | 1.00 | 0.7621 | 0.76 | 9.51 |
| 2030/31 | 78 | 1.00 | 1.0000 | 1.00 | 0.7436 | 0.74 | 10.26 |
| 2031/32 | 79 | 1.00 | 1.0000 | 1.00 | 0.7254 | 0.73 | 10.98 |
| 2032/33 | 80 | 1.00 | 1.0000 | 1.00 | 0.7077 | 0.71 | 11.69 |
| 2033/34 | 81 | 1.00 | 1.0000 | 1.00 | 0.6905 | 0.69 | 12.38 |
| 2034/35 | 82 | 1.00 | 1.0000 | 1.00 | 0.6736 | 0.67 | 13.06 |
| 2035/36 | 83 | 1.00 | 1.0000 | 1.00 | 0.6572 | 0.66 | 13.71 |
| 2036/37 | 84 | 1.00 | 1.0000 | 1.00 | 0.6412 | 0.64 | 14.35 |
| 2037 | 85 | 1.00 | 0.9000 | 0.90 | 0.6255 | 0.56 | 14.92 |
| Total | | | 18.9000 | $ 18.90 | | $ 14.92 | $ 14.92 |

**TOTAL LOSS OF LIFE**                                                                $  16.52

TABLE 3

UNITED STATES GOVERNMENT AGENCIES
STATISTICAL VALUE OF LIFE

| Agency | Date | Value | Inflation Factor | Adjusted Value | Life Expectancy | Implicit Annual Value |
|---|---|---|---|---|---|---|
| Department of Transportation | 2016 | $ 9,600,000 | 1.0462 | $ 10,043,987 | 43.3 | $ 231,963 |
| Environmental Protection Agency | 2006 | $ 7,400,000 | 1.2456 | $ 9,217,221 | 43.3 | $ 212,869 |
| Office of Management and Budget | 2001* | $ 1,000,000 | 1.4179 | $ 1,417,883 | 43.3 | $ 32,746 |
|  | 2001* | $ 10,000,000 | 1.4179 | $ 14,178,826 | 43.3 | $ 327,456 |
|  | 2010** | $ 6,700,000 | 1.1516 | $ 7,715,527 | 43.3 | $ 178,188 |
| Department of Homeland Security | 2008 | $ 6,300,000 | 1.1663 | $ 7,347,664 | 43.3 | $ 169,692 |
| Occupational Safety and Health Administration | 2010 | $ 8,700,000 | 1.1516 | $ 10,018,669 | 43.3 | $ 231,378 |
| Food and Drug Administration | 2002* | $ 5,000,000 | 1.3958 | $ 6,979,072 | 43.3 | $ 161,179 |
|  | 2002* | $ 6,500,000 | 1.3958 | $ 9,072,793 | 43.3 | $ 209,533 |
| Consumer Product Safety Commission | 2010 | $ 5,000,000 | 1.1516 | $ 5,757,856 | 43.3 | $ 132,976 |
| Federal Aviation Administration | 2010 | $ 6,000,000 | 1.1516 | $ 6,909,427 | 43.3 | $ 159,571 |

\* Range
\*\* Usual Policy