```
 1              IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
 2

    STACIA TRAVIS, as personal representative of the ESTATE OF
 3  LINDA CHARMEL CAMP, deceased, and JUSTIN CAMP,

 4           Plaintiffs,

 5  vs.                No. 6:18-CV-06042-BRW

 6  ASUS COMPUTER INTERNATIONAL, INC.; BEST BUY STORES, L.P.,

 7           Defendants.

 8

 9
                    DEPOSITION OF RALPH SCOTT
10             TAKEN ON BEHALF OF THE DEFENDANTS
            ON JULY 19, 2019, BEGINNING AT 11:50 A.M.
11                   IN LITTLE ROCK, ARKANSAS
                REPORTED BY MIKE WASHKOWIAK, CCR
12
                           APPEARANCES:
13
    On behalf of the PLAINTIFFS
14
           Clarke Tucker
15         POYNTER TUCKER
           407 President Clinton Avenue, Suite 201
16         Little Rock, Arkansas 72201
           501-812-3943
17         clarke@clarketucker.com

18
    On behalf of the DEFENDANTS
19
           Carson Tucker
20         WRIGHT, LINDSEY & JENNINGS
           200 West Capitol Avenue, Suite 2300
21         Little Rock, Arkansas 72201
           501-371-0808
22         ctucker@wlj.com

23

24

25
```


EXHIBIT C

### Page 14

1  (WHEREUPON, Exhibit 7 was marked for
2  identification.)
3  A  Yes. So this a Wall Street Journal article that
4  basically addresses some of the issues that crop up, and I
5  think that's enough to say at this point. You can ask me
6  whatever questions you want to about it.
7  Q  Yes, sir, I understand. Is there anything else,
8  obviously not necessarily in your file but otherwise that
9  you've reviewed or generated in forming your opinions in
10 this case?
11 A  No.
12 Q  Anything else that you're going to --
13 A  Well, a couple of things that would've been
14 cited, life expectancy I think I cited. US Life Tables
15 you haven't asked me about. I don't have them in my file,
16 but those are available online.
17 Q  The question was specific to the file?
18 A  Yeah, I thought so.
19 Q  Okay, thank you very much. You of course
20 understand that we are here today talking about an
21 individual named Ms. Linda Camp?
22 A  Yes.
23 Q  Have you interviewed or discussed Ms. Camp with
24 her family members or friends?
25 A  No.

### Page 15

1  Q  Have you interviewed anyone about Ms. Camp?
2  A  No.
3  Q  What can you tell me about Ms. Camp?
4  A  I can't tell you really anything besides her
5  date of birth, date of death, race, and gender.
6  Q  Do you know if she was married at the time of
7  her death?
8  A  I don't think she was. Yeah, so I do know that.
9  Q  What's your understanding of the number of kids,
10 if any, that she had?
11 A  I just think she -- I don't know how many. She
12 had grown kids, and the only way I would know that is that
13 I would have asked about whether there was loss of
14 household services claim.
15 Q  And your understanding is there is not?
16 A  That's my understanding.
17 Q  Do you know anything about the number of
18 grandchildren she may have, if any?
19 A  No.
20 Q  Do you know or have an understanding of her
21 relationship with her family members?
22 A  No.
23 Q  Do you know anything about her medical
24 condition?
25 A  No.

### Page 16

1  Q  Do you know anything about her mental health
2  condition?
3  A  No.
4  Q  Do you know if she was religious?
5  A  No.
6  Q  Do you know what her hobbies were?
7  A  No.
8  Q  Do you know the types of activities that she was
9  engaged in?
10 A  No.
11 Q  Do you know if she was a happy or unhappy
12 person?
13 A  No.
14 Q  Do you know whether she drank alcohol?
15 A  No.
16 Q  Whether she used drugs?
17 A  No.
18 Q  Do you know anything at all about the quality of
19 her life?
20 A  No.
21 Q  Do you know anything about her education?
22 A  I don't think I do.
23 Q  As I understand it, then, you having an
24 understanding about her specific life is not necessarily
25 factored into the opinions in your calculations, correct?

### Page 17

1  MR. CL. TUCKER:  Object to form.
2  A  It is not. Yeah, that's correct.
3  Q  (BY MR. CA. TUCKER) In the second sentence of
4  Exhibit 1, which is your report dated June 21, 2019, you
5  state, As a result of her death, Camp has been deprived of
6  the ability to partake of the many joys and pleasures of
7  living; is that correct?
8  A  Yes.
9  Q  Do you know what specific joys or pleasures of
10 living that Ms. Camp has been deprived of?
11 A  I cannot be specific about that.
12 Q  Can you be general?
13 A  Well, I mean, we all enjoyed being alive, I
14 think.
15 Q  Other than just making general assumptions or
16 speculation, can you be specific about the particular joys
17 and pleasures she had?
18 A  Yeah, and I think you've already established
19 that the things that I've done really are not specific to
20 her. The things that I've done are basically meant to be
21 helpful to the jury in terms of offering a starting point
22 for a valuation.
23 Q  Would you agree with me that all the information
24 that you've learned in this matter has been provided to
25 you by plaintiff's counsel?

Page 22

1  statement specifically.
2  Q  I want to understand, too, you are not going to
3  be offering an opinion as to the value of Ms. Camp's life,
4  correct?
5  A  That is absolutely correct.
6  Q  You're not offering an opinion as to the value
7  that you believe Ms. Camp would have placed on her life,
8  correct?
9  A  That's correct.
10  Q  Instead, what you're going to do, as you've
11  already said, is offer opinions regarding the way the
12  government has approached the valuation problem?
13      MR. CL. TUCKER:  Objection.
14  A  I think, yeah, all I'm really going to do is
15  present factual data as to how the government has
16  approached this issue.  Let me say another thing, though.
17  Implicitly -- not implicitly, explicitly, I also offer a
18  methodology by which the jury could convert whatever
19  opinion they come up with into present value, which in
20  some senses make me scratch my head about why you guys are
21  so anxious to get me excluded because that's beneficial to
22  the defendants.
23  Q  (BY MR. CA. TUCKER)  What you're referring to is
24  in table one of your report?
25  A  Yes, that there's a present value factor that

Page 23

1  would ultimately be applied.
2  Q  Is that table one of Exhibit 1?
3  A  It is.
4  Q  We'll get to that, I promise.
5  A  Sure.
6  Q  So if I understood you correctly, what you plan
7  to do is offer factual data of how the government has
8  approached this issue?
9      MR. CL. TUCKER:  Objection.
10  A  Yes.
11  Q  (BY MR. CA. TUCKER)  I mean, that is your
12  testimony, right?
13  A  That plus the methodology for converting to
14  present value.
15  Q  Yes, sir.  And you're not trying to measure loss
16  of life?
17  A  I am not trying to measure specifically the
18  value of Ms. Linda Camp's life.
19  Q  And you're not going to give value either, are
20  you?
21  A  Of her life, no, absolutely not.
22  Q  On page two of Exhibit 1 down at the bottom, it
23  looks like the second part of the first sentence under
24  statistical value of life analysis, do you see where I'm
25  at?

Page 24

1  A  Yes.
2  Q  It says, I have researched this issue, the issue
3  being loss of life, correct?
4  A  Yes.
5  Q  And you believe you can provide assistance in
6  determining the value that government agencies place on
7  the statistical value of life, right?
8  A  Yes.
9  Q  And statistical value of life is also referred
10  to as VSL?
11  A  Yes.
12  Q  And then you go on to mention the attached
13  documents published by Department of Transportation and
14  the Environmental Protection Agency, correct?
15  A  Yes.
16  Q  And how those documents suggest statistical
17  value of life, right?
18  A  Yes.
19  Q  Those were, I think, the documents that we
20  attached as Exhibit 4?
21  A  Four and five, four, five and six actually six.
22  Q  We incorporated six into four; is that right?
23  A  Yes.
24  Q  So the EPA document is five?
25  A  Yes.

Page 25

1  Q  Just housekeeping-wise making sure I'm straight
2  on that.
3  A  You are.
4  Q  The figures and values given within Exhibits 4
5  and 5 from the DOT and the EPA, those are their numbers
6  and values relative to VSL, correct?
7  A  Yes.
8  Q  Those are not your opinions about those numbers?
9  A  Yeah, I'm just, again, I'm going to get back to
10  the factual thing.  I'm just saying here's what DOT
11  entities use, here's the figure EPA entities use.  There
12  are other entities that are actually included in my table
13  three, but there's no backup documents for those because I
14  don't think they exist.
15  Q  If I understand you correctly, you mean there's
16  no backup document to support the figures that the DOT and
17  the EPA arrived at?
18      MR. CL. TUCKER:  Objection.
19  A  I think the DOT and the EPA have gone to great
20  trouble to provide to their agencies not only the figure
21  that they should use but why they've done that or where
22  those figures have come from.
23  Q  (BY MR. CA. TUCKER)  Have you researched to
24  determine whether those figures are correct for VSL?
25  A  I don't know that you can answer that question.

Page 26

1  There are multiple different values of statistical life.
2  I don't know that you could necessarily say that one is
3  better than the other, although it is clear from Exhibits
4  4, 5 and 6 that the DOT and the EPA have devoted
5  considerable energy and have hired consultants to try to
6  arrive at what they think, at least, are reasonable
7  figures. I don't know that there's a way to say that
8  they're correct or incorrect.
9      Q  Okay. I appreciate that there's no way you can
10 say one is better than the other, but have you researched
11 to determine whether or not those figures are correct?
12     MR. CL. TUCKER: Objection.
13     A  I don't think there's research that you can do.
14 I mean, I guess if I can build a simple base of the dead
15 and say what value did you place on your life. I mean,
16 your question is really not answerable. It's not
17 something that could be factually determined.
18     Q  (BY MR. CA. TUCKER) So you can't answer the
19 question; is that fair, then?
20     MR. CL. TUCKER: Objection.
21     A  Would you ask that again?
22     Q  (BY MR. CA. TUCKER) Have you researched to
23 determine whether the VSL figures in the DOT and the EPA
24 reports are correct?
25     MR. CL. TUCKER: Objection.

Page 27

1      A  I don't think I'm going to change my answer to
2  that. My answer is I don't think you can -- it's not an
3  issue that's subject to research beyond the fact that you
4  could look at all the voluminous studies. Again, you're
5  not going to get a definitive answer. This is a
6  literature that has proliferated in economics.
7      Q  Can I take that statement to mean, then, that
8  there's not a specific, correct VSL?
9      A  I think I would be more comfortable saying that
10 there are VSLs that different entities think are correct
11 but that there's legitimate disagreement on that issue.
12 And again, you know that from my table three.
13     Q  In citing these figures, your plan is to tell
14 the jury that here's a way that some government agencies
15 have approached this issue of determining statistical
16 value of life?
17     MR. CL. TUCKER: Objection.
18     A  Absolutely.
19     Q  (BY MR. CA. TUCKER) Is it part of your opinion
20 here today that the value of life is at least earning
21 capacity plus residual value of life that's not earning
22 capacity.
23     A  Yeah, that would be part of my opinion.
24     Q  Have you noted any of that in your report?
25     A  I have not actually in this report although I'm

Page 28

1  certainly happy to agree with you on that. The next step
2  would be if the jury wants to make some sort of reduction
3  for earning capacity, I would be on board with that. I
4  think that's accurate.
5      Q  So let me just make sure we're clear. You would
6  agree with me that we should subtract earning capacity to
7  determine what the residual value of life would be?
8      MR. CL. TUCKER: Objection.
9      A  Yes.
10     Q  (BY MR. CA. TUCKER) And in doing so,
11 particularly for this jury, we would need to if you were
12 asked to do that, to arrive at a number that would more
13 fairly compensate?
14     MR. CL. TUCKER: Objection.
15     A  So there will be a couple of things you could do
16 there, maybe. One thing would be to note that she really
17 didn't have an earning capacity because she was retired
18 and not working. But if you want to relate more
19 specifically to the statistical value of life in those
20 annual figures that I provided, I think it would be
21 legitimate to reduce those for some measure of earning
22 capacity.
23     Q  (BY MR. CA. TUCKER) So, for example, we could
24 argue, like you said, there is no earning capacity because
25 she had already hit retirement age and was no longer

Page 29

1  working, correct?
2      MR. CA. TUCKER: Objection.
3      A  Yeah, believe me, I would have calculated
4  earning capacity if I thought it was appropriate.
5      Q  (BY MR. CA. TUCKER) I know that you would.
6  Secondly, though, if for some reason we needed to do that
7  here, we could take one of the DOT figures like this
8  231,000, for example, and then subtract out loss of
9  earning capacity?
10     A  Maybe average earnings of females. Not even
11 females because those statistics are not gender specific,
12 so maybe some measure of average earnings could be
13 subtracted from that.
14     Q  Would that also include the residual value of
15 life?
16     A  What you're trying to do there is arrive at the
17 residual value of life.
18     Q  By taking out the earning capacity?
19     A  Yes.
20     Q  Understood. Is the statistical value of life
21 the same for every person?
22     A  Yes.
23     Q  So it wouldn't be dependent upon any particular
24 characteristic of the individual?
25     A  I think that's correct.

Page 30

1  Q  Are you offering an opinion on the base value of
2  life associated with the statistical value of life
3  computations that are annually assigned by these
4  government entities, the DOT and EPA specifically?
5  A  I don't think I'm going that far, actually. I'm
6  just simply saying this I think is useful, helpful
7  information that the jury, if they're charged with coming
8  up with a value of life, should consider.
9  Q  Is it still true that you neither endorse -- or
10  don't endorse, I guess, using statistical value of life as
11  a base annual value for loss of life?
12  A  I certainly don't endorse any of the work of
13  economists that try to apply those specifically to an
14  individual. In fact, I'm opposed to that.
15  Q  Would you please turn to table three of your
16  report in Exhibit 1?
17  A  You bet.
18  Q  We briefly mentioned this earlier. There are
19  several agencies listed on the left-hand side of the table
20  three, correct?
21  A  Yes.
22  Q  Obviously that mentions more than just the
23  Department of Transportation and Environmental Protection
24  Agency, correct?
25  A  Yes.

Page 31

1  Q  In the material that you provided and anything
2  that you've looked at, is there any kind of narrative or
3  document that you have to support the figures that are
4  referenced in table three besides the Department of
5  Transportation and EPA?
6  A  If you go to the Office of Management and
7  Budget, and let me look back and see if I cited that
8  specifically. I guess I can't give you an exact reference
9  as I sit here, but the OMB basically, and it's been a
10  while back, it might've been 2003 or somewhere in the
11  early 2000s, but they go through basically kind of the
12  history of here's what different agencies have done, and
13  we think it's appropriate to use a present value. I see
14  that I have not specifically cited that, but there is some
15  narrative out there on the OMB data.
16  Q  But as you sit here today you don't have that
17  with you and can't cite to it?
18  A  I can't give you an exact citation, that's
19  correct.
20  Q  And then outside of the OMB study, do you have
21  anything in your file that references the other studies
22  listed in table three?
23  A  I don't have anything else in my file.
24  Q  That would include that supports the figures
25  within those studies, true?

Page 32

1  A  Yeah, that's correct.
2  Q  Is there any kind of detailed research you've
3  done discussing the underlying research relative to those
4  figures and what they considered and didn't consider?
5  A  I don't think there's any detailed discussion of
6  any of the other studies beyond what the OMB may do in
7  outlining things that have been done here and there. I
8  think all those other figures you could search on the
9  Internet and what you might find is here's the figure used
10  by the FDA or here's the figures used by Consumer Product
11  Safety Commission. There's not any kind of detailed
12  narrative out there for their figures.
13  Q  I take that to mean, then, you wouldn't know the
14  methodologies used to come up with those figures?
15  A  I guess I can't say specifically, although I
16  would be surprised if they weren't in some senses
17  comparable to what the DOT and the EPA do.
18  Q  Do you plan to offer testimony at the trial of
19  this case relative to the methodologies used by these
20  various agencies in table three?
21     MR. CL. TUCKER:  Objection.
22  A  No.
23  Q  (BY MR. CA. TUCKER) Relative to the DOT and EPA
24  studies and the figures for VSL within them, would you
25  agree that the methodology used in those studies were the

Page 33

1  willingness to pay model?
2  A  I would.
3  Q  And willingness to pay is concerned with
4  deriving valuation based on risk?
5  A  Yeah, that's what they -- it's actually based on
6  risk reduction. They work backwards from that. Here's
7  what it costs to reduce a risk, and you work backwards
8  from that. Based on probability analysis, you make an
9  inference about the value of life.
10  Q  In other words, for guys like me what the
11  average normal person would pay to avoid some risk?
12  A  You know, I mentioned earlier that the
13  literature had kind of proliferated on that, but I mean
14  there are studies based on things like seat belts and
15  smoke detectors and things like that, but there are also
16  some labor market studies concerned with hazardous versus
17  non-hazardous occupations. It is a prolific literature,
18  which I don't think I have any intention of saying more
19  about that literature other than that. Again, these are
20  the figures that these government entities use. I know
21  I've said this a bunch of times, but I think I'm
22  presenting factual data.
23  Q  Going back to the seat belts, the helmets, the
24  smoke alarms and that sort of stuff, that would be what's
25  referred to as product market studies?

Page 34

1  A  Yes.
2  Q  Used in the willingness to pay model?
3  A  Yes.
4  Q  And then the labor market studies that you
5  reference are the premium that you'd pay to get somebody
6  to do a more hazardous job?
7  A  Yes.
8  Q  Is that fair?
9  A  Yes, absolutely.
10 Q  What you might have to pay your policemen, your
11 firefighters, folks of that nature?
12 A  Sure.
13 Q  Like you said, there's all sorts of literature
14 involving those types of studies?
15 A  Yes.
16 Q  But as you sit here today, I think I know the
17 answer to this, you're not going to defend the underlying
18 literature cited in the DOT and EPA studies, correct?
19     MR. CL. TUCKER: Objection?
20 A  That's correct.
21 Q  (BY MR. CA. TUCKER) That's not your opinion?
22 A  That's correct. You know, I just want to make
23 sure I'm on the same page with you there. It certainly is
24 my opinion that those are the figures they use, but it's
25 not my opinion or my task to try to defend their figures.

Page 35

1  I think that's what you're asking.
2  Q  We're on the same page.
3  A  I just want to make sure my answer is clear.
4  Q  You agree that you're not aware of whether or
5  not the government or these agencies has or has not used
6  the VSL figures to determine compensation in wrongful
7  death or personal injury cases?
8  A  Yes, I don't know that they have or haven't.
9  Q  You certainly haven't seen any information
10 regarding that, correct?
11 A  That's correct. I don't think that's what their
12 memos were constructed to address. Which again in my
13 opinion doesn't mean they're not useful for that purpose.
14 Q  Understood. Would you please go with me to the
15 Department of Transportation study? Specifically I guess
16 I would call it --
17 A  Exhibit 4?
18 Q  Exhibit 4, the second page of what we're calling
19 Exhibit 4 under the background section, and that's the
20 second paragraph that I would direct your attention to.
21 A  Yes.
22 Q  In this second paragraph the report states that
23 what is involved is not the valuation of life as such but
24 the valuation of reduction in risks. Is that correct?
25 A  They do say that, yes.

Page 36

1  Q  I read that right?
2  A  Yes.
3  Q  And then would you please turn to the EPA
4  report?
5  A  Okay.
6  Q  I guess there's a little bit of bleed-over
7  between the first and second page, but it's under the
8  heading of "What Does It Mean to Place a Value on Life?"
9  A  Okay.
10 Q  The first sentence says, the EPA does not place
11 a dollar value on individual lives.
12 A  Yes.
13 Q  Did I read that correctly?
14 A  You did.
15 Q  Rather, when conducting a benefit cost analysis
16 of new environmental policies, the Agency uses estimates
17 of how much people are willing to pay for small reductions
18 in their risk of dying from adverse health conditions that
19 may be caused by environmental pollution.
20 A  Yes.
21 Q  Accurate statement?
22 A  Yes.
23 Q  That's the stated purpose of the EPA study?
24 A  Yes.
25 Q  So you would agree with me, then, that the DOT

Page 37

1  and EPA studies both say they're not trying to determine
2  the value of an individual's life?
3     MR. CL. TUCKER: Objection.
4  A  Yes, absolutely. It's important that you use
5  the word individual in there, though.
6  Q  (BY MR. CA. TUCKER) I understand. So then you
7  would agree that there's not a way to test an expert's
8  conclusions as to the value loss of life for a specific
9  individual in a personal injury case?
10     MR. CL. TUCKER: Objection.
11 A  I think that's true, unless you know a good
12 medium.
13 Q  I do not, nor would I believe in it.
14     THE WITNESS: Off the record.
15     (SHORT BREAK AT 12:30)
16 Q  (BY MR. CA. TUCKER) Dr. Scott, would you please
17 turn to page six of the DOT report, and I'm specifically
18 referencing table one.
19 A  Okay.
20 Q  As I understand it, that's a list of studies
21 that the DOT maybe relied upon in coming up with their VSL
22 number?
23 A  Yeah. I would be shocked if Kip Viscusi isn't
24 one of their major consultants. I don't know that.
25 Q  Do you know if either of the studies cited in

Page 38

1  the DOT report form the basis of any of the other
2  government agency numbers?
3     A   I don't know for sure, but I think Kip Viscusi
4  is prominent enough in this literature, again, that I
5  would be surprised if his work doesn't.
6     Q   And the Viscusi particular article is which one,
7  number one or number three?  It's listed on there quite a
8  bit.
9     A   There are 25 of them.
10    Q   Do you know if any of those studies --
11    A   There may be 50 of them.
12    Q   Do you know if any of those studies considered
13 individuals similar to Ms. Camp?
14    A   Probably only to the extent they would based on
15 a sample exhibiting the characteristics of the population.
16 I think the essence of your question is are they specific
17 to people like her, and the answer is no.
18    Q   There more of a cross-section of the population
19 as a whole?
20    A   Yeah, absolutely.
21    Q   Is there any distinction relative to age, race,
22 gender?
23    A   No.
24    Q   Education level, anything like that?
25    A   No.  You know, some, if we get out of this into

Page 39

1  the 50 or however many of those he's done, some of those
2  specific issues may be addressed in some of those other
3  studies?
4     Q   Are you aware of a specific ones as you sit here
5  today?
6     A   No.
7     Q   That would be similar to Ms. Camp?
8     A   No.
9     Q   Let's go to Exhibit 1, and go to table one
10 specifically.
11    A   Sure.
12    Q   Looking at table one, are you assuming that Ms.
13 Camp would have the same VSL every year of the remaining
14 statistical life expectancy that she had?
15    A   So first of all, I am not really assuming
16 anything specific to her, but this table is set up in a
17 way such if the jury determines an annual value, then they
18 would be able to convert that into a value of life for Ms.
19 Camp.  They're actually going to supply the value, and I
20 guess the way these formulas are set up that the value
21 would be the same year by year.  I think that's what
22 you're asking me.
23    Q   So they would be the same year by year?
24    A   Yes.
25    Q   That value that would be assigned?

Page 40

1     A   Yes.
2     Q   That's the design of your table one?
3     A   Yes.
4     Q   And how the calculation would play out?
5     A   Absolutely.
6     Q   Of course as you said in table one there are
7  blanks under base annual value for the past and blank
8  under base annual value for the future, correct?
9     A   Yes.
10    Q   And that's what you were referring to?
11    A   Yes.  So either I'm going to present testimony
12 that might or -- that will definitely, I believe, be
13 useful to the jury, but they're certainly free to take my
14 figures and adjust them up or down.  Maybe Mr. Tucker is
15 going to suggest in his closing argument that that jury
16 use some annual amount in terms of value of life; those
17 would be capable of being converted into a loss of life
18 damages in accordance with those two equations.
19    Q   To be clear when you say Mr. Tucker, you mean
20 Mr. Clarke Tucker?
21    A   Absolutely.
22    Q   I just want to make sure you don't mean to
23 suggest that Carson Tucker would be supplying that figure?
24    A   No, absolutely not.
25    Q   And as I understood it, whatever value that the

Page 41

1  jury may or not arrive to, they would put that number in
2  the blank and then multiply that out by the remaining time
3  of Ms. Camp's statistical life expectancy when considering
4  future damages?
5     A   If they choose to approach it annually rather
6  than in a lump sum basis, which again I think is
7  conceptually helpful and simpler.
8     Q   Can you cite me to any specific studies that
9  would support that this would be a proper way of
10 determining loss of life in Ms. Camp's case?
11    A   All of the forensic experts that basically do
12 Hedonic damages essentially take this approach.
13    Q   Folks like Stan Smith and those individuals?
14    A   Stan Smith and Brookshire.  There are others,
15 but yeah.
16    Q   You don't necessarily take the Hedonic damage
17 approach, do you?
18    A   I think I stop well short of them in the sense
19 that they think they can apply that to specific
20 individuals, whereas I think I'm just offering something
21 that might be helpful.
22    Q   You're not, again as you said, trying to
23 actually place a value on the life?
24    A   That's correct.
25        THE WITNESS:  Can we go off the record again?

Page 46

1    MR. CL. TUCKER: Objection?
2  A  They do say that, yeah.
3  Q  (BY MR. CA. TUCKER) So that means in their own
4  statement and their own report, they can't tell you how
5  reliable or not that 9.4 million is?
6    MR. CL. TUCKER: Objection.
7  Q  (BY MR. CA. TUCKER) That's true, correct?
8  A  There saying that they can't set up a confidence
9  interval that's testable.
10 Q  So they have no reliable way of testing that
11 figure, correct?
12   MR. CL. TUCKER: Objection.
13 A  I'm a little troubled by the use of your word
14 reliable there. I think they think their figure is
15 reliable, but they're saying we're not going to set up a
16 confidence -- we're not going to take the next step of
17 setting up a confidence interval.
18 Q  (BY MR. CA. TUCKER) It's not my use of the
19 word. It's their use of the word.
20 A  They don't say their figure is not reliable.
21 They say they can't set up a reliable confidence interval.
22 Q  "We do not at this time have any reliable method
23 for estimating the overall probability distribution of the
24 average VSL that we have calculated in these studies,"
25 correct?

Page 47

1  A  Yes.
2  Q  I thought we agreed that what they're saying is
3  they have no reliable method for estimating the overall
4  probability of the average VSL that they've calculated?
5    MR. CL. TUCKER: Objection.
6  A  I think your question, and maybe I misunderstood
7  it, I think your question concerned the reliability of the
8  figure they used, and what I think they're saying here is
9  they can't tell you the probability distribution
10 surrounding the figure that they used, which is a little
11 different thing.
12 Q  (BY MR. CA. TUCKER) We'll agree to disagree,
13 but nevertheless they say they have no reliable method for
14 estimating it, fair?
15   MR. CA. TUCKER: Objection.
16 A  Not the figure, but confidence interval. Yes,
17 they do say that.
18 Q  (BY MR. CA. TUCKER) Is that why they conclude
19 that same paragraph with, "For illustrative purposes,
20 analysts should calculate high and low alternative
21 estimates of the VSL"? I mean, is that essentially what
22 they're meaning?
23 A  Where?
24 Q  The very last sentence of the same paragraph
25 we've just been reading from. And I'll read it --

Page 48

1  A  No, I'm with you. I agree with you. You may
2  want to ask it again for the record.
3  Q  Do you agree with me --
4  A  I think I agree with you.
5  Q  Does that, then, in your mind affect anything
6  about the reliability of the 9.4 VSL that they used?
7  A  No.
8  Q  Why not?
9  A  Again, and I don't know that I can answer this
10 differently than I already have, but I think what they're
11 trying to communicate is they don't know exactly what the
12 probability distribution looks like, but the figure that
13 they ultimately mandate is the 9.4 million, and that's
14 factual.
15 Q  You're saying it's factual that they mandate the
16 9.4 figure?
17 A  Absolutely.
18 Q  That is a fact that's what that DOT study says,
19 right?
20 A  Yes.
21 Q  But you're not going to offer an opinion about
22 whether the end result of that figure is reliable, fair?
23   MR. CL. TUCKER: Objection.
24 Q  (BY MR. CA. TUCKER) Or specifically whether the
25 government's work is reliable?

Page 49

1    MR. CL. TUCKER: Objection.
2  A  I am not going to say that I have looked at all
3  the underlying studies and that I think they're reliable
4  or unreliable. I am going to say that the government
5  obviously has devoted a lot of resources to this, which is
6  implicit in the memos that they issued, and those are the
7  figures they came up with.
8    I think more specifically your question, I have
9  no intention of defending any of the underlying studies.
10 Q  So you're not going to say whether the
11 underlying studies and the results they reached are
12 reliable or unreliable, fair?
13   MR. CL. TUCKER: Objection.
14 A  That's correct.
15 Q  (BY MR. CA. TUCKER) And that includes the DOT
16 and the EPA study figures?
17 A  Again, though, you're specifically asking about
18 the underlying studies?
19 Q  Yes, sir.
20 A  I'm not.
21 Q  The underlying reliability of the work that they
22 did to get to that?
23 A  Yeah, I think that's accurate.
24 Q  And of course you didn't --
25 A  Again with the qualification that I've mentioned

Page 50

1  that they did devote time and effort to try and come up
2  with the right number.
3     Q   But you didn't do any independent research
4  regarding the reliability of the studies?
5     A   That's exactly true.
6     Q   As far as you know, is there any way to test the
7  particular value of life for an individual?
8     A   I don't think -- unless they happen to dictate a
9  memo.
10    Q   So unless we have a memo, there's no way to test
11 the value of life on a particular individual?
12    A   Yes, getting back to the literal interpretation
13 of the value that one would place on their own life, I
14 don't think that's testable.
15    Q   Give me just a few seconds here, and I just may
16 be done.
17        Dr. Scott, I want the overreaching broad
18 question: Have we discussed all your opinions that you
19 intend to give at the trial of this case?
20    A   You have.
21        MR. CA. TUCKER: Thank you.
22             CROSS EXAMINATION
23 BY MR. CLARKE TUCKER:
24    Q   I just have a few question. First, and I think
25 you clarified this but I just want to make sure the record

Page 51

1  is clear.
2        Early in your deposition Mr. Carson Tucker asked
3  you whether you relied on anything outside of what's in
4  your file to reach your conclusions today, and I think you
5  clarified you were talking specifically about this file,
6  but you also rely on your career and training as an
7  economist and your study of legal work and these types of
8  cases and those sorts of things, correct?
9     A   Yes, of course.
10    Q   I just wanted to make sure that was in the
11 record. A couple of other clarifying questions. Earnings
12 is different than earning capacity, correct?
13    A   Absolutely.
14    Q   Just because a person does not have income on a
15 particular day does not mean they have no earning capacity
16 for their life; is that fair?
17    A   That is true.
18    Q   It also clearly came out during the course of
19 Mr. Carson Tucker's questions of you today that you don't
20 have any particular information about Ms. Camp's
21 educational or employment history or income and those
22 sorts of things, correct?
23    A   That's correct.
24    Q   So just because she was not employed at the time
25 of her death does not necessarily mean she did not have

Page 52

1  income at the time of her death in the form of some type
2  of retirement income?
3     A   She could have had retirement income, but she
4  also could have had an earnings capacity which she wasn't
5  exercising.
6     Q   At that moment in time?
7     A   Sure. In fact, I think in the classic treatise
8  on earning capacity by the late Judge Henry Woods, there's
9  a specific reference that earning capacity exists over a
10 life expectancy rather than just to a specific retirement
11 age. I just pragmatically communicated to the other
12 Mr. Tucker I haven't done any calculations addressing
13 that.
14        I didn't make that connection, by the way. It
15 just didn't occur to me until you pointed it out.
16    Q   There were quite a few questions towards the end
17 of the deposition about confidence intervals and
18 reliability of the government's work and those sorts of
19 things, and I also want to make sure that the record is
20 clear on your testimony, that Mr. Carson Tucker was asking
21 you about the reliability of the confidence interval of
22 the DOT study, but that's different than the reliability
23 of the work that the DOT did itself to arrive at the $9.4
24 million figure, correct?
25        MR. CA. TUCKER: Object to the form.

Page 53

1     A   Yeah, there is not a specific DOT study. What
2  they did is look at multiple underlying studies to arrive
3  at the figure that they ultimately mandated would be used.
4     Q   (BY MR. CL. TUCKER) Right. Yes, thank you for
5  the clarification. What I'm trying to get at is the
6  reliability of the arrival at that $9.4 million figure is
7  a separate question from the reliability of their ability
8  to have a confidence interval for that figure?
9     A   Yeah, I think that's correct.
10    Q   And the paragraph that Mr. Carson Tucker was
11 asking you about when they were saying -- the DOT was
12 saying we don't have at this time any reliable method for
13 estimating the overall probability distribution, they're
14 talking about the reliability of that confidence interval,
15 not the reliability of how they arrived at the $9.4
16 million figure?
17        MR. CA. TUCKER: Object to form.
18    A   Yeah, they are talking about a probability
19 distribution that would surround the 9.4 million.
20    Q   (BY MR. CL. TUCKER) Okay, I think that's enough
21 --
22    A   I don't think they're in any way conceding that
23 they don't think they've done a good and thorough job in
24 coming up with their number of 9.4, if that's what your
25 question is.