ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2016-Jun-17 08:29:08
60CV-13-3438
C06D06 : 4 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## SIXTH DIVISION

CAROLYN THOMAS, Individually　　　　　　　　　　　　　PLAINTIFF
and as Administratrix of the Estate
of ALFRED THOMAS, SR., Deceased

v.　　　　　　　　　　NO. 60CV-13-3438

FREDERICK A. MEADORS, M.D.,　　　　　　　　　　　　DEFENDANTS
Individually; CARDIOVASCULAR SURGEONS, P.A.;
CAROL CRITTENDON MEADORS, M.D.; Individually;
LITTLE ROCK ANESTHESIA SERVICES, PLLC

### PRE-TRIAL ORDER

On the 6th day of June, 2016, a hearing was held in the above-referenced matter at which time rulings were made on all pending motions. After considering all the pleadings, arguments, exhibits and sworn testimony set forth, the Court made the following findings:

1. Dr. Frederick A. Meadors, M.D. and Cardiovascular Surgeons, P.A., Motion for Summary Judgment, filed April 29, 2016 is granted in part and denied in part. The Court finds that the summary judgment motion relating to Separate Defendant, Cardiovascular Surgeons, P.A. should be and hereby is GRANTED, and Cardiovascular Surgeons, P.A. is hereby dismissed with prejudice. The Court finds that the summary judgment motion relating to punitive damages claimed against Dr. Frederick A. Meadors, M.D. is hereby GRANTED. Any and all punitive damages claims should be and are hereby dismissed with prejudice. The remainder of the relief requested in this motion is hereby DENIED.

2.    Motion in Limine to exclude "Loss of Life" Testimony of Dr. Ralph Scott, filed by the Defendants on April 25, 2015 is DENIED.

3.    Motion in Limine to exclude standard-of-care opinions by Morton Rinder, M.D., filed by the Defendants on May 6, 2016 is denied without prejudice.

4.    Motion in Limine Regarding Hospital Bylaws, Rules, and Regulations, Joint Commission Standards, and CMS Regulations and Precluding Plaintiff from Eliciting Expert Testimony from Dr. Cummins and Dr. Vincent, filed by the Defendants on May 6, 2016 is granted in part and denied in part.  This motion is GRANTED in relation to the expert testimony of Dr. Cummins and Dr. Vinsant.  These witnesses shall not give expert testimony. The remainder of the motion is denied without prejudice.

5.    Motion in Limine to Exclude Irrelevant Testimony on the Standard of Care of a Cardiologist from Scott Davis, M.D., filed by the Defendants on May 6, 2016 is denied without prejudice.

6.    Motion in Limine Regarding Evidence that Dr. Fred Meadors Did Not Visit the Family Immediately Following the Surgical Procedure, filed by Dr Fred Meadors and Cardiovascular Surgeons, PA on May 6, 2016 is DENIED.

7.    Motion in Limine Regarding General Matters filed by the Defendants on May 6, 2016 is granted in part and denied in part.  The Court's specific findings are related to the subparts below:

   A - GRANTED

   B - GRANTED

C- GRANTED

D -GRANTED

E- denied without prejudice

F- GRANTED

G- GRANTED

H -GRANTED

I-GRANTED

J- GRANTED

K-denied without prejudice

L-GRANTED

M-GRANTED

N-GRANTED

8.     Motion in Limine to Limit Needless and Repetitious References to the Marital Relationship of Dr. Fred Meadors and Dr Carol Meadors, filed by the Defendants on May 6, 2016 is DENIED.

9.     Motion in Limine to Exclude Evidence of Social Security Disability Insurance Payments, filed by the Defendants on May 6, 2016 is GRANTED.

10.    Plaintiff's First Motion in Limine filed May 6, 2016 is DENIED.

11.    Plaintiff's Second Motion in Limine filed May 6, 2016 is GRANTED.

12.    Plaintiff's Third Motion in Limine filed May 6, 2016 is denied without prejudice.

13.    Plaintiff's Fourth Motion in Limine filed May 6, 2016 is GRANTED.

IT IS SO ORDERED.

                                            _____
                                            HONORABLE TIMOTHY FOX
                                            PULASKI COUNTY CIRCUIT JUDGE

                                            DATE  6/16/16


Prepared by:
Tim Boone
Mary Carole Young
**MUNSON, ROWLETT, MOORE & BOONE, P.A.**
1900 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas  72201
(501) 374-6535 PH/ (501) 374-5906 FX
Tim.boone@mrmblaw.com
mc.young@mrmblaw.com